IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

FEB 8 - 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WILLIAM L. EDMUNDSON, III, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-98-2240 |
| | § | |
| ALLIANCE MINING, INC., *et al.*, | § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED** that Fidelity National Title Insurance Company ("Fidelity")'s Motion for Summary Judgment [Doc. # 74] is **GRANTED** and Plaintiff William L. Edmundson, III's claims against Fidelity are **DISMISSED WITH PREJUDICE**. All prior orders of the Court are hereby made final.

Fidelity's taxable costs are assessed against Plaintiff.

THIS IS A FINAL JUDGMENT.

SIGNED at Houston, Texas, this 8th day of February, 2001.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-1998\2240fj    010208.0805